■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVORLIN DUFFUS, Appellant. [636 NYS2d 714] —Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that the showup identification made 10 to 15 minutes after the incident and in its immediate vicinity was unduly suggestive *(see, People v Duuvon,* 77 NY2d 541, 545; *People v Love,* 57 NY2d 1023; *People v Hendrick,* 192 AD2d 1100, *lv denied* 82 NY2d 755). The challenge of defendant in his *pro se* supplemental brief to his prosecution by the Wayne County District Attorney was forfeited by defendant's plea of guilty to a reduced charge *(see, People v Prescott,* 66 NY2d 216, 218, *cert denied* 475 US 1150; *People v Black,* 185 AD2d 609; *People v Bump,* 103 AD2d 974, 975). (Appeal from Judgment of Wayne County Court, Parenti, J.—Assault, 1st Degree.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.